SEALED

FILED
DEC 15 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

1  PHILLIP A. TALBERT
   United States Attorney
2  CAMERON DESMOND
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5
6  Attorneys for Plaintiff
   United States of America
7

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 2016 blue Hyundai Accent, with California license plate 7SNV894 | CASE NO. 2:16-SW-0785 DB<br><br>[PROPOSED] **ORDER RE: REQUEST TO SEAL SEARCH WARRANT AND SEARCH WARRANT AFFIDAVIT**<br><br>**UNDER SEAL** |

### SEALING ORDER

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the Search Warrant and Search Warrant Affidavit, in the above-entitled proceeding shall be filed under seal and shall not be disclosed to any person, unless otherwise ordered by this Court.

Dated: Dec. 15, 2016

Hon. DEBORAH L. BARNES
U.S. MAGISTRATE JUDGE

SEALING ORDER                                       1